Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, ID 83702
Telephone:   (208) 331-5500
Facsimile:    (208) 331-5525

Attorneys for Defendant
JOHN T. BUJAK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR14-002-S-EJL |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL AND FOR |
| vs. | ) | PRO SE REPRESENTATION |
| | ) | BY DEFENDANT |
| JOHN T. BUJAK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   WENDY OLSON, UNITED STATES ATTORNEY
        KIM R. LINDQUIST, ASSISTANT UNITED STATES ATTORNEY

    Samuel Richard Rubin, for the Federal Defender Services of Idaho, hereby move this

Honorable Court, pursuant to Local Criminal Rule 44.1(b), to permit counsel and the Federal

Defender Services of Idaho to withdraw from further representation of Mr. Bujak in this

Motion to Withdraw as Counsel
and for Pro Se Representation
by Defendant                                           1

case. Mr. Bujak is an experienced trial attorney, and he has advised that he wishes to represent himself in the above-captioned matter.

In accordance with Rule 44.1(b), notice of the filing of this motion has been given to opposing counsel and Mr. Bujak.

Accordingly, the defense asks the Court to set this case for a hearing pursuant to Faretta v. California, 422 U.S. 806 (1975) and, upon satisfying the Faretta requirements, to grant the instant motion and permit Mr. Bujak to assume self-representation.

Dated: April 2, 2014
SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:

/s/Samuel Richard Rubin
Samuel Richard Rubin
Thomas Monaghan
Federal Defender Services of Idaho
Attorneys for Defendant
JOHN T. BUJAK

Motion to Withdraw as Counsel
and for Pro Se Representation
by Defendant                                   2

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the MOTION TO WITHDRAW AS COUNSEL AND FOR <u>PRO</u> <u>SE</u> REPRESENTATION BY DEFENDANT was served on all parties named below on this <u>2nd</u> day of <u>April</u>, 2014.

| | |
|---|---|
| Kim Lindquist, Assistant US Attorney<br>Office of the United States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd, Suite 600<br>Boise, ID 83712<br>kim.lindquist@usdoj.gov | \_\_\_\_\_ United States Mail<br>\_\_\_\_\_ Hand Delivery<br>\_\_\_\_\_ Facsimile Transmission<br>\_\_X\_\_ CM/ECF Filing<br>\_\_\_\_\_ Email Transmission |

Dated: April 2, 2014        /s/_____
                            Nancy Hernandez

Motion to Withdraw as Counsel
and for Pro Se Representation
by Defendant                    3