JOHN T. BUJAK, ISB#5544
BUJAK LAW GROUP, PLLC
372 S. Eagle Rd. #345
Eagle, Idaho  83616
Tel. (208) 578-4699
Fax. (208) 578-4698
Email: john.bujak@bujaklawgroup.com

Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-CR-00002-EJL |
| | ) | |
| vs. | ) | **DEFENDANT'S REPONSE TO** |
| | ) | **THE GOVERNMENT'S MOTION *IN*** |
| JOHN T. BUJAK, | ) | ***LIMINE* RE: POLITICS** |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

COMES NOW, JOHN T. BUJAK, Defendant, and hereby submits the Defendant's Response to the Government's Motion *in Limine* Re: Politics (Dkt. No. 30).  The Government has asked the Court to enter an order precluding the Defendant from offering evidence or making arguments regarding his participation in politics or a theory that he is being prosecuted for that reason.

The Defendant has no intention of arguing to the jury that he is being prosecuted because

**DEFENDANT'S RESPONSE TO
THE GOVERNMENT'S MOTION *IN*
*LIMIE* RE: POLITICS**                    1

of his participation in politics. In fact, the Government's motivation for prosecuting the Defendant, although potentially relevant for the purposes of pretrial motions (*e.g.,* for selective prosecution), would have little relevance to the jury's role as the finder of fact. However, the Defendant's legal history and experience may become relevant as it relates to his knowledge of bankruptcy law and procedure. It may be relevant and proper to introduce evidence regarding the Defendant's prior legal training and experience, including the fact that he served as the elected prosecutor immediately before he filed for bankruptcy protection in November of 2010.

DATED this 23rd day of April, 2014.

Respectfully Submitted,

/s/ John T. Bujak

_____
JOHN T. BUJAK
Defendant


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 23, 2014, the above document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic filing to the following persons:

Kim Lindquist
Assistant U.S. Attorney

Joshua Hurwit
Assistant U.S. Attorney

/s/ John T. Bujak

_____
JOHN T. BUJAK
Defendant