JOHN T. BUJAK, ISB#5544
BUJAK LAW GROUP, PLLC
372 S. Eagle Rd. #345
Eagle, Idaho  83616
Tel. (208) 578-4699
Fax. (208) 578-4698
Email: john.bujak@bujaklawgroup.com

Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>          Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>JOHN T. BUJAK,   )<br>   )<br>          Defendant,   )<br>_____ ) | Case No. 1:14-CR-00002-EJL<br><br>**DEFENDANT'S REPONSE TO THE GOVERNMENT'S MOTION *IN LIMINE* RE: MARITAL COMMUNICATIONS** |

COMES NOW, JOHN T. BUJAK, Defendant, and hereby submits the Defendant's Response to the Government's Motion *in Limine* Re: Marital Communications (Dkt. No. 28). The Government has asked the Court to enter an order finding that the marital communications privilege does not prevent the Defendant's ex-wife from testifying at trial about statements allegedly made by the Defendant during the marriage.

**DEFENDANT'S RESPONSE TO
THE GOVERNMENT'S MOTION *IN
LIMIE* RE: MARITAL
COMMUNICATIONS                               1**

The Defendant does not intend to assert a marital communications privilege as to the statements identified by the Government in its Motion.

DATED this 23rd day of April, 2014.

Respectfully Submitted,

/s/ John T. Bujak
_____
JOHN T. BUJAK
Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 23, 2014, the above document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic filing to the following persons:

Kim Lindquist
Assistant U.S. Attorney

Joshua Hurwit
Assistant U.S. Attorney

/s/ John T. Bujak
_____
JOHN T. BUJAK
Defendant